IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE - REMOVAL
## COURT MINUTES - CRIMINAL
BEFORE: FRANKLIN L. NOEL
U.S. MAGISTRATE JUDGE

United States of America,

    Plaintiff,

v.

Joshua J. Layman,

    Defendant.

| | |
|---|---|
| Case No: | 18-mj-222 FLN |
| Date: | March 12, 2018 |
| Courthouse: | Minneapolis |
| Courtroom: | 9W |
| Time Commenced: | 2:12 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 3 minutes |

APPEARANCES:

  Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
  Defendant: Keala Ede, Assistant Federal Public Defender
    ✖ FPD      ✖ To be appointed

  ✖ Advised of Rights

on    ✖ Order of the Court

✖ Date charges or violation filed: 6/27/2016
✖ Current Offense: failure to appear for sentencing hearing
✖ **Charges from other District:** South Dakota
✖ Title and Code of underlying offense from other District: 18:228(a)(3)
✖ Case no: 4:15cr40033


✖ Detention hearing held, see separate minutes
✖ Removal hearing waived
✖ Removal Order to be issued

Additional Information:


                                                                                                             s/ Janet Midtbo
                                                                                     Signature of Courtroom Deputy