# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: FRANKLIN L. NOEL |
| v. | U.S. MAGISTRATE JUDGE |
| Joshua J. Layman, | Case No: 17-mj-222 FLN |
| Defendant, | Date: March 12, 2018 |
| | Courthouse: Minneapolis |
| | Courtroom: 9W |
| | Time Commenced: 2:17 p.m. |
| | Time Concluded: 2:30 p.m. |
| | Time in Court: 13 minutes |

✖ **DETENTION HEARING**

APPEARANCES:

Plaintiff: Jeff Paulsen, Assistant U.S. Attorney
Defendant: Keala Ede
   ✖ FPD

On   ✖ Order of the court

✖ **Charges from other District:** South Dakota

✖ Deft Ordered Detained - Govt to submit proposed order

✖ Commitment to Another District to be Issued.

Additional Information:

                                        s/ Janet Midtbo
                                     Signature of Courtroom Deputy