# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18mj222 (FLN) |
| | ) | |
| v.                Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| JOSHUA JASON LAYMAN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Keala C. Ede shall appear as appointed counsel of record for the above named defendant in this case.

Dated:  March 13, 2018

*s/ Keala C. Ede*
KEALA C. EDE
Attorney ID No.  387316
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415